In the Matter of FELIPE CONCEPCION, Appellant, v ROBERT T. JOHNSON, Respondent.

Decided April 28, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

FARRAH DONALD, Appellant, v STATE OF NEW YORK, Respondent.

Submitted April 18, 2011; decided April 28, 2011

Motion by Sidney Burch et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.